# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON OMAR PAZ AGUILERA, | Case No. 1:25-cv-01619-JLT-SAB-HC |
| Petitioner, | FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 4, 2025, the Court granted Petitioner's motion for a preliminary injunction in part, ordered Petitioner be provided a substantive parole revocation hearing, and referred the matter to the undersigned for further proceedings. (ECF No. 16.) The Court set a briefing schedule for further briefs on the merits. (Id. at 21.) On January 20, 2026, Respondents filed a notice that "the government does not intend to file further substantive briefing and respectfully submits the matter on the existing record." (ECF No. 17 at 2.)

Accordingly, the Court HEREBY RECOMMENDS that the petition for writ of habeas corpus be GRANTED on the second claim for relief for the reasons set forth in the order granting preliminary injunction.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local

1

Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **June 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2