# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON OMAR PAZ AGUILERA, | No. 1:25-cv-01619-JLT-SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| SERGIO ALBARRAN, et al., | |
| Respondents. | (Docs. 1, 18) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 30, 2026,[1] the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted on the second claim for relief for the reasons set forth in the order granting preliminary injunction. (Doc. 18.) On July 13, 2026, Respondents filed timely objections. (Doc. 19.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.

///

///

---

[1] The findings and recommendations were signed on June 29, 2026, but not docketed June 30, 2026.

1

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 30, 2026 (Doc. 18) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **GRANTED** on the second claim for relief.

3. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   August 5, 2026

UNITED STATES DISTRICT JUDGE

2